UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Charles Walmsley, | : |
| | : |
| Plaintiff, | : Civil Action No.: 2:15-cv-01683-GAM |
| v. | : |
| I.C. System, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: December 10, 2015

    Respectfully submitted,

    PLAINTIFF, Charles Walmsley

    /s/ Jody B. Burton

    Jody B. Burton, Esq.
    Bar No.: 71681
    **LEMBERG LAW, L.L.C.**
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile: (203) 653-3424
    jburton@lemberglaw.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 10, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Jody B. Burton_____

              Jody B. Burton